## DECISION

No. 5194

The application of the above-named defendant for a review of the sentence of 10 years imposed on July 27, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

This Board finds that the sentence imposed was fair under the circumstances and that it was in line with what the Probation Officer recommended.

We wish to thank Eula Compton of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

### SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the First Judicial District, County of Lewis and Clark, STATE OF MONTANA, Plaintiff vs. RICHARD WILLIAMSON, Defendant.

## DECISION

No. 5208

The application of the above-named defendant for a review of the sentence of 20 years with 10 years suspended  conditions imposed on April 8, 1983 was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

This Board finds that the sentence was in line with other crimes of similar nature.

We wish to thank Eula Compton of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

### SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the First Judicial District, County of Lewis and Clark, STATE OF MONTANA, Plaintiff vs. JAMES LEE SCHEET, Defendant.

## DECISION

No. 5147

The application of the above-named defendant for a review of the sentence of 20